**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6025

RANDY L. VALENTINE,

Plaintiff - Appellant,

versus

J. T. BURGESS, Detective,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Henry M. Herlong, Jr., District Judge.  (CR-05-1157)

Submitted: March 30, 2006          Decided: April 10, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy L. Valentine, Appellant Pro Se.  W. Howard Boyd, Jr., Jennifer D. Eubanks, GALLIVAN, WHITE & BOYD, P.A., Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Randy L. Valentine appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Valentine v. Burgess</u>, No. CR-05-1157 (D.S.C. Dec. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>